IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY R. LOPEZ,

    Petitioner,               No. CIV S-07-2742 MCE JFM P

    vs.

T. FELKER, Warden,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Petitioner's in forma pauperis application is incomplete; it consists of only the first page of a multiple page form and it has not, therefore, be signed by petitioner.  Accordingly, petitioner's application to proceed in forma pauperis will be dismissed and petitioner will be given an opportunity to file a complete in forma pauperis application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's application to proceed in forma pauperis is dismissed without prejudice;

        2. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner; and

1

3. Petitioner shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Petitioner's failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

DATED: January 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
lope2742.3d