IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY R. LOPEZ,

    Petitioner,                    No. CIV S-07-2742 MCE JFM P

    vs.

T. FELKER, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Petitioner filed his original petition for writ of habeas corpus on December 19, 2007, together with a motion for stay and abeyance of these proceedings pending exhaustion of state court remedies in the California Supreme Court. On February 1, 2008, petitioner filed an amended petition for writ of habeas corpus as of right. See Fed. R. Civ. P. 15(a); Rule 11, 28 U.S.C. foll. § 2254. In the amended petition, petitioner avers that the claims raised therein have

1

been presented at all levels of the state court system.  <u>See</u> Amended Petition, filed February 1, 2008, at 3.  Accordingly, petitioner's motion for stay and abeyance will be denied as moot.

Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer to the amended petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Petitioner's December 19, 2007 motion for stay and abeyance is denied as moot;

3. Respondent is directed to file an answer to the amended petition within forty-five days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's amended petition for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: March 6, 2008.

UNITED STATES MAGISTRATE JUDGE

/lope2742.100

2