IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY R. LOPEZ,

    Petitioner,                    No. CIV S-07-2742 MCE JFM P

    vs.

T. FELKER, Warden,

    Respondent.                 ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed two motions for extension of time to file a traverse. Good cause appearing, petitioner's motions for extension of time will be granted. Petitioner will be granted thirty days from the date of this order in which to file and serve a traverse.

        Petitioner has also filed two motions for the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's May 5, 2008 and May 8, 2008 motions for an extension of time are granted;

2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse; and

3. Petitioner's May 5, 2008 and May 8, 2008 motions for appointment of counsel are denied without prejudice.

DATED: May 23, 2008.

UNITED STATES MAGISTRATE JUDGE

12/mp
lope2742.110+111