IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY R. LOPEZ,

    Petitioner,        No. CIV S-07-2742 MCE JFM P

   vs.

T. FELKER, Warden,

    Respondent.      <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 21, 2008, petitioner filed a motion to hold these proceedings in abeyance pending exhaustion of state court remedies as to an additional claim of ineffective assistance of counsel.

        Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the date of this order respondent shall file and serve a response to petitioner's motion. Petitioner's reply, if any, shall be filed and served not later than seven days thereafter.

DATED: September 25, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12/lope2742.o

1